IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEOFFREY CRAIG PICKENS,

    Petitioner,

    v.

R. L. (BUTCH) CONWAY,

    Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-2777-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action for failure to state a claim. This Court lacks jurisdiction to issue writs of mandamus to state officers. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 31 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Pickens\r&r.wpd